

UNITED STATES DISTRICT COURT
District of Massachusetts

MOTION FOR APPOINTMENT OF COUNSEL

Rosemary Ann McCrevan                    CASE NUMBER:

V.

(1) Genuity Inc.
(2) Level 3 Communications, Inc.
(3) Craig Bailey


June 7, 2004

I, Rosemary Ann McCrevan, Plaintiff, hereby request the Court to appoint Counsel to support me in my case.

As a result of events experienced at my former employer's place of business, I am:

1. Receiving Social Security Disability (SSDI) in the net amount (Full amount SSDI payment less deduction for Medicare monthly payment) of $1,281.00.

2. Under doctor's care for several illnesses (mental health and physical health) for which I am under medication(s) and weekly psychotherapy sessions. I have been informed by my therapist that I have experienced a severe breakdown. I have also been informed that I am too fragile for the workplace and cannot work in a corporate environment again. Considering the fact that I am/was sole owner of a consulting business specializing in Business Continuity/Disaster Recovery, this also means I can no longer work in my area of expertise.

   I have been extremely depressed and unfortunately have not experienced relief from such condition since 2/01 when I last worked at Genuity, which has since been acquired by Level 3. I believe that this has increased at times. During 2/04, I spent a week in the Carney Hospital Psychiatric Ward since I was feeling very suicidal.

   Among my illnesses, I have been diagnosed with Post Traumatic Stress Disorder (PTSD). I do not question this diagnosis because despite my best efforts and therapy, I must honestly admit that I am still afraid of my former boss, Mr. Craig Bailey.


Fleet

## FleetOne Classic Statement
4/20/2004 through 5/18/2004
Page    1 of    4
Telephone Banking 1-800-841-4000

## Your Financial Summary

| Deposit Accounts | | Average Daily Balance | Current Balance |
|---|---|---|---|
| Personal Regular Checking | 0089101977 | $458.00 | $165.52 |
| Average/Total Deposits | | $458.00 | $165.52 |

| Total Deposits | $165.52 |
|---|---|

## Personal Regular Checking

Rosemary A McCrevan

Account Number 0089101977
Telephone Banking Access Code 5620

| Opening Balance | (+)Deposits/Credits | (-)Withdrawals/Debits | Ending Balance |
|---|---|---|---|
| $169.19 | $1,281.00 | $1,284.67 | $165.52 |

### Checks

| Check # | Posting Date | Amount | Check # | Posting Date | Amount | Check # | Posting Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3082 | 04/20 | 50.00 | 3094 | 05/13 | 198.00 | 3098 | 05/17 | 30.41 |
| 3089* | 04/22 | 55.46 | 3095 | 05/13 | 157.00 | | 9 Checks For $993.42 | |
| 3090 | 05/10 | 356.54 | 3096 | 05/17 | 13.74 | | | |
| 3093* | 05/13 | 98.00 | 3097 | 05/17 | 34.27 | | | |

*Skip in sequential check numbers

### Deposits/Credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 5/03 | US Treasury 303  Soc Sec | 020041211065252 | Ppd | $1,281.00 |

| Total Deposits/Credits | $1,281.00 |
|---|---|

### ATM/Electronic Withdrawals and Transfers

| Date | Description | | Amount |
|---|---|---|---|
| 4/23 | ATM Withdrawal | 173 N Main Street  Randolph    MA | $20.00 |
| 5/03 | ATM Withdrawal | Memorial Drive  Randolph    MA | $100.00 |
| 5/10 | ATM Withdrawal | 173 N Main Street  Randolph    MA | $100.00 |
| 5/18 | ATM Withdrawal | 173 N Main Street  Randolph    MA | $60.00 |
| 5/18 | Account Activity Fees | | $11.25 |

| Total ATM/Electronic Debits | $291.25 |
|---|---|

I also have been diagnosed with Agoraphobia. Initially, it took a long time to go outside and collect mail from my sister's mailbox, about twenty paces from her home (where I have been staying). I do drive to my medical appointments and have a small radius of local travel, mainly for medications and food. My family has been very supportive and have personally escorted me to the MCAD as well as to this court today. I am supposed to go outside daily, but am still working on it. I only go out after dark unescorted for medications or food. Sometimes, even if I really want to go to a family event (e.g. wedding), I don't know until time of departure if I can really go out.

I am not functioning as I normally did in the past. I have been personally unable to appropriately represent myself with the MA Commission Against Discrimination (MCAD) and Equal Employment Opportunity Commission (EEOC). I do have additional information regarding my case, but have not been able to present it myself. That is why the "No Probable Cause" assessment was issued by the MCAD. The EEOC granted me a "Right To Sue" letter, therefore guiding me to your Court.

As I went through the MCAD and EEOC processes I tried to secure legal representation without success. I was very disappointed because I had an idealized vision regarding such resources. I was informed by several attorneys that should I receive a "Probable Cause" verdict, they would immediately assist me. I also spoke with a local attorney who agreed that he would reduce his rate to $75 per hour, only to later state that he did not provide such support.

Given my mental health and physical health issues, please know that it has been an extremely difficult decision whether to go forward at this point. I was a very strong person and am advised that I still am underneath, but I am very fearful. It is important for me to be able to say, "It's not O.K.", that we are a citizenry of protective laws and that they demand respect. I want to heal and do not know how to do so. My greatest fear in this process is that I will suffer more damage. As noted above, I am still afraid of my former boss. However, the fear of my future as it is realistically presented before me as well as hope and faith, after all these years, for a healing experience, have overcome those fears to at least file my suit. I view a court-appointed attorney as not only a legal representative and educator, but also an emotional shield because there is no doubt in my mind that I am capable of directly representing myself.

Therefore, the Court's consideration to appoint an Attorney to support me in this experience is most gratefully appreciated. Thank you in advance for your time and consideration.

I declare under penalty of perjury that the above information is true and correct.

Date 6/7/04   Signature of Applicant _Rosemary Ann McCrevan_

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Rosemary Mccrevan
17 Delorey Drive
Randolph, MA 02168

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2001-02261 | Rance A. O'Quinn, Enforcement Supervisor | (617) 565-3192 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Robert L. Sanders,
Director

MAR - 9 2003
(Date Mailed)

Enclosure(s)

cc: GENUITY AND CRAIG BAILEY (VICE PRES
235 Presidential Way
Woburn, MA 01801