# UNITED STATES DISTRICT COURT
District of Massachusetts

## MOTION FOR APPOINTMENT OF COUNSEL

Rosemary Ann McCrevan         CASE NUMBER: 1:04-cv-11276
Plaintiff,                                                   04-11276-MLW

v.

Genuity Inc. et al
        Defendants,

December 29, 2004

I, Rosemary Ann McCrevan, Plaintiff, hereby request the Court to appoint Counsel to support me in my case.

In addition to many charges I have detailed in my case, I was verbally abused and threatened by my boss. I resigned. During my final days, other events occurred. As a result of events experienced at my former employer's place of business, the following highlights my present status:

1.      Income Level
    While employed at Genuity, my annual salary was approximately $90,000 plus benefits. Now, at age fifty-two, as of 1/3/05, I am receiving monthly Social Security Disability Insurance (SSDI) in the Full Amount of $1,383.20. I have direct deposit and receive a Net Amount of $1,305.00, following the government's immediate deduction of $78.20 for my monthly Medicare payment. I also have a monthly Mass Health premium. I am a single female with no dependents and no significant other. I am not receiving Food Stamps or any additional type of public assistance. Please see Attachmant A.

    Although SSDI does allow for recipients to increase their income with part-time employment, subject to certain limitations, I have not increased my personal income through work due to my health. Although I have personally invested extensive time and money in the field of business prior to my experiences at Genuity, I have been advised by my medical counsel to accept the fact that, at worst, I may never work again.

    Initially, following my leave of Genuity, I spent most of the first six months in

1

bed. During this time I was in denial that I was possibly facing a long-term problem and went without income. My sister brought me to the appropriate office for public assistance and I briefly received Food Stamps as well. Social Security approved my application upon first request. As you may know, SSDI is the fund to which people have contributed from their earnings. I have worked since I was fourteen so I was very grateful to be eligible.

I do not own any real estate. I am temporarily residing with my sister and brother-in-law. Although eligible for disabled housing, the Town of Randolph does not have resources available. Also, although eligible for the Section 8 Voucher Program and perhaps other Federal and/or State housing programs, the recent affordable housing crisis unfortunately does not realistically present any residential solution in the near or far future. My vehicle is a 1988 Lincoln Town Car with approximately 170,000 miles, with no outstanding auto loan. Last week, following repairs, my mechanics advised me to cease further investment in the vehicle and purchase another used car which will be a major expense for me.

2. Health Issues
I am under doctor's care for several illnesses (both mental health and physical health) for which I am under medication(s) and weekly psychotherapy sessions. I have been informed by my therapist that I have experienced a severe breakdown. I have also been informed that I am too fragile for the workplace and cannot work in a corporate environment again. I have a B.S. from Boston State College in Management and an MBA from Babson College. Considering the fact that I am/was sole owner of a consulting business specializing in Business Continuity/ Disaster Recovery, this also means I can no longer work in my area of expertise. My firm directly provided consulting services to businesses to plan before, during and following business interruptions, including computer outages, natural disasters, terrorism, etc.. Because of my health issues due to events at Genuity, I was unable to provide any support following September 11.

Since I left Genuity, my immune system has been lowered due to my illnesses. I am considered "high risk" for the flu vaccine and received one this year without question. I also now have Type II Diabetes and Hypothyroidism. I have been requested to lose eighty pounds to hopefully avoid taking medication for the diabetes. I still have not started daily walking and I really don't like to go outside. I do take daily medication for my thyroid. I have quarterly testing with my primary care physician. Now I also have to watch my cholesterol.

I also have Sleep Apnea which brings up pulmonary issues, but my stress test was so far, so good. I had an operation on a deviated septum, from an injury at age five, but have been provided breathing support equipment for sleeping.

3.  Mental Capacity

    I was not pleased to ne informed that I have suffered a severe breakdown. In fact, it took me three years to be able to accept and use the word "breakdown". The good news, in fact, the best news, is that I have received is my doctors' assurance that I am not crazy. I am not psychotic. I am reality-based, although I suffer from several illnesses. Despite other disappointments, this fact really gives me encouragement.

    A.  Depression
    I am always in a state of severe depression. I have been extremely depressed and unfortunately have not experienced relief from such condition since 2/01 when I last worked at Genuity (which has since been acquired by Level 3). I have been informed that sometimes it can take years to improve. I feel very "stuck" and want to have a normal life again, God willing.

    The depression is hard to describe. Sometimes it is like a vertical model. Other times, rather than an "up and down" condition, it is like and ebb and flow like water. I always have a lower energy level. If I'm feeling better and am physically busy I may do a half-day of physical work, but have to stop to rest. A whole day of work in the house and I'm leveled. I can only speak for myself, but, when it's really bad, there's no taste. Then, everything tastes like cardboard. But, I usually do not have any appetite when it's bad; nothing appeals. I tried to self-educate myself on the Net. After reading that people with Depression have a lower life expectancy than those who do not, I deferred my efforts in that area.

    B.  PTSD
    Among my illnesses, I have been diagnosed with Post Traumatic Stress Disorder (PTSD). I do not question this diagnosis because despite my best efforts and therapy, I must honestly admit that I am still afraid of my former boss, Mr. Craig Bailey. I am not afraid of the power position he represented. I am afraid of him personally. One of my fears in continuing with this case is that I may have to meet with him again. I am extremely uncomfortable and fearful about that, but I want to heal. Whatever resolution my come of this case appeal, at least I will have publicly said that events at Genuity were illegal and hurtful to employees and therefore not acceptable under our Federal labor laws. Else, I'll always know that I failed to make an effort to make things right.

    My psychiatrist, Alexandra Accardi, M.D., in addition to her status as owner/ practitioner at NOVA Psychiatric Services, Inc. is a Colonel in the U.S. Army. With her experience in this area, although disappointed with the diagnosis, I have never questioned her diagnoses due to her unique and vast experience.

    I am always depressed, but there have been times when it has been worse. During 2/04, I was exposed to verbal abuse. It caused me to feel very suicidal. It was extremely frightening. I voluntarily admitted myself and spent a week in the

3

Carney Hospital Psychiatric Ward to feel safe and become stabilized. I cannot endure anyone yelling at me. My former boss yelled at me at Genuity. It was very educational and inspiring. My fellow patients exhibited extreme sensitivity, compassion and support amongst themselves. For whatever personal story led each patient there, there was an unconditional acceptance, efforts to emotionally strengthen and encourage one another to achieve their personal goals and overcome their unique demons. Ironically, in the journey I have experienced in these almost four years, although I expected this episode to be the worse, it was spiritually inspiring to spend a week with the patients and incredible staff. Fortunately, I have not had any similar episodes since. I try to talk myself into being really strong and not let anyone put me down, but, I'm not there yet – yet!

    C.    Agoraphobia

I also have been diagnosed with Agoraphobia. As mentioned above, I spent the majority of the first six months in bed. I only communicated with my immediate family and physicians and still have a very limited number of people with whom I communicate. I was in deep denial. I was very hurt and afraid. My telephones, fax and email account were terminated for non-payment so no one, personal acquaintances nor business colleagues, could reach me. But, unknown to anyone else, I was in no shape to contact them anyway. There are still people I have not spoken to in years.

It is very sad that as I started to very slowly come out of my shell, I felt embarrassment, guilt and shame, just like rape or physical abuse victims I had viewed on TV. I could never understand why they felt that way when they had not done anything. Well, I can't say that I understand it, but, I know how they felt – another life lesson.

With the Agoraphobia, it seemed to work two ways. It took a long time to go outside and collect mail from my sister's mailbox, about twenty paces from her home (where I have been staying). I do drive to my medical appointments and have a small radius of local travel, mainly for medications and food. Fortunately we live right off Randolph Center and my Primary Physician is just off the square. All of my doctors are affiliated with Milton Hospital. It makes it easier for everyone.

My family has been very supportive and have personally escorted me to the MCAD as well as to this court when I filed my case. I had to drive to the city for these actions, but, my darling cousins from Charlestown met me in town and escorted me into the buildings and up to the offices so I would not be afraid and alone, and then returned home. I have been very blessed with support.

I am supposed to go outside daily, but am still working on it. I only go out after dark unescorted for medications or food. I really do not want to drive at night. Sometimes, even if I really want to go to a family event (e.g. wedding), I don't know until time of departure if I can really go out. Recently I wanted to attend

4

the wake of a beloved aunt. As time of departure approached, I grew increasingly anxious and then fell into a fetal position in bed. I did not and could not attend. I feel safe inside and really do not want to go outside. I feel somewhat embarrassed describing myself as feeling fragile emotionally, just as the doctors have said and realize that I associate "outside" with the possibility of being hurt again, an event I do not, at this time, believe I can handle.

I mentioned above that the agoraphobia works in two ways. Inside the house I find myself adverse to open space. If I have a lot of things in my room, or even on my bed, I feel safer, as if no one can get to me to hurt me. This may sound crazy, but at this point in my recovery, the image of being in a fetal position inside a steel egg is a very comforting thought. If I am very anxious, if I imagine such a scene, it help immensely. Again, the thought of no one being able to access me (never mind, in this example, being able to see me or find me) makes me feel very calm.

D.   Other Illnesses

I have been diagnosed with other illnesses as well. I believe that what I have shared so far should provide a realistic profile of my personal status as far as ability to work on my case myself. It has taken me a long time to prepare any statements submitted to your Court, including this document.

4.   Medications

I take medications four times a day. It took a long time, working with Dr. Accardi to determine what to take, the appropriate dosages, the time(s) of day to take them, and what possible pills could be taken simultaneously with others. See Attachment B. The fact that I had to take chemical medications really bothers me. While at Genuity and many years prior, I was a purist. I only took a Tylenol several times a year if absolutely necessary. I also only took chemical drugs as absolutely necessary.

I enjoyed the treatments of Chinese Acupuncturists. I initially requested treatment for a neck injury (from 1996) to avoid taking pain killers. As I became better educated, I had weekly visits in which I was administered twenty to twenty-three needles, as well as moxibustion treatments and Chinese herbal medicines as prescribed. I continued on a usually weekly schedule because, as a self-employed person, I could not afford to get sick. Accupuncture provided a balancing of the body, a strengthening of the immune system for general good health, and timely treatment of illnesses. When I had the common cold, Chinese cold tablet medicine cured me in two days.

Because of my illnesses following my Genuity experiences, I have not been able to return to my Acupuncturists. They are in Newton, a location too far for my personal driving. Although accessible by Commuter Rail, I have not taken public transportation since 2000. Also, payments are not covered by insurance and I cannot afford the treatments, although very reasonably priced.

5

I am very concerned about the medications I am presently taking. Some side effects include possible damage to vital organs. I trust my physicians that they are providing me with the best medicine available, but, I have a lack of confidence with the FDA recently recalling many widely used drugs. I believe that undoubtedly, the drugs I have consumed to-date for my illnesses have obviously changed my system and have created greater health risks due to side effects.

5. Jury Duty

Upon receiving an invitation for Jury Duty, my doctor responded that I am not eligible to participate, neither at time of request, nor in the future. I hope that this example will support the fact that I cannot cognitively represent myself and that I do require legal assistance.

6. Attempts to Secure Legal Representation

I am not functioning as I normally did in the past. I have been personally unable to appropriately represent myself with the MA Commission Against Discrimination (MCAD) and Equal Employment Opportunity Commission (EEOC). I do have additional information regarding my case, but have not been able to present it myself. That is why the "No Probable Cause" assessment was issued by the MCAD. The EEOC granted me a "Right To Sue" letter, therefore guiding me to your Court. I do have an excellent paper trail and documents to refute statements made against me contained in Genuity depositions. I need someone to support me in these efforts.

As I went through the MCAD and EEOC processes I tried to secure legal representation without success. I was very disappointed because I had an idealized vision regarding such resources. I was informed by several attorneys that should I receive a "Probable Cause" verdict from the MCAD/EEOC, they would immediately assist me. Until such an event occurred, some were willing to speak with me at an hourly rate I could not afford.

I was advised to contact local attorneys providing reduced rate counsel. I spoke with a local attorney who agreed that he would reduce his rate to $75 per hour, only to later state that he did not provide such support. I have notes on this somewhere and may follow up on this later.

SUMMARY

Given my mental health and physical health issues, please know that it has been an extremely difficult decision whether to go forward at this point. I was a very strong person and am advised that I still am underneath, but I am very fearful. It is important for me to be able to say, "It's not O.K.", that we are a citizenry of protective laws and that they demand respect. I want to heal and do not know how to do so. My greatest fear in this process is that I will suffer more damage.

As noted above, I am still afraid of my former boss. However, the fear of my future as it is realistically presented before me as well as hope and faith, after all these years, for a healing experience, have overcome those fears to at least file my suit. I view a court-appointed attorney as not only a legal representative and educator, but also an emotional shield because there is no doubt in my mind that I am not capable of directly representing myself.

I did not request a letter from my doctors or therapist to support my statements because, as you can see, I am writing to you during the holiday season and it took awhile to prepare it. If you require any written statements, or, have any questions, please do not hesitate to contact me at my sister's home at 781-986-1756.

Due to my financial status, mental and physical health issues and failed attempts to secure pro bono and/or reduced rate counsel, I petition the Court to please assign a court-appointed attorney to my case.

Thank you in advance for your consideration in this matter. Your time and consideration are most gratefully appreciated.

I declare under penalty of perjury that the above information is true and correct.


Date_____    Signature of Applicant _____

**ATTACHMENT A**

# Your New Benefit Amount

024860

BENEFICIARY'S NAME:

ROSEMARY A MCCREVAN

SOCIAL SECURITY CLAIM NUMBER
(only the last 4 digits are shown to help prevent
identity theft): XXX-XX-5620 A

Your Social Security benefits will increase by 2.7 percent in 2005, because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is  $1,383.20
- The amount we are deducting for Medicare is  $78.20
  (If you did not have Medicare as of Nov. 19, 2004,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is  $0.00
  (If you did not elect voluntary federal tax withholding as of
  Nov. 19, 2004, we show $0.00.)
- After taking any other deductions, we will deposit  $1,305.00
  into your bank account on Jan. 3, 2005.

If you disagree with any of these amounts, you should write to us within 60 days from the date you receive this letter.

## What If I Have Questions?

We invite you to visit our website at *www.socialsecurity.gov* on the Internet to find general information about Social Security. You also can call us at **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m. on business days. If you have a touch-tone phone, recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month so, if your business can wait, it is best to call at other times. If you are deaf or hard of hearing, you may call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your full nine-digit Social Security claim number available when you call or visit and include it on any letter you send to the Social Security Administration. If you are inside the United States, you also can visit your local office.

FEDERAL BUILDING
166 MAIN ST
BROCKTON MA

BNC#:  04B1846D66877

Over ➤

**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE MD 21241-1500

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

024860*COLA*SM-DI*V40*L001

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

**Be sure to check out
our website:** *www.socialsecurity.gov*

024860**********AUTO** 5-DIGIT 02368
ROSEMARY A MCCREVAN

**ATTACHMENT B**

**Bank of America** 

**FleetOne Classic Statement**
11/18/2004 through 12/16/2004

#BWNHNBL
ROSEMARY A MCCREVAN
17 DELOREY DR
RANDOLPH MA 02368

## WHAT'S NEW

**Bank when it's convenient for you.**

Need an easier way to bank?
With Bank of America HomeLink(sm) Online Banking, including free, unlimited Bill Pay, you can:
* Review your account activity and check your balances.
* Pay bills in minutes - for free.
* Transfer funds easily between linked accounts.
* Download account information and keep it for future reference.
* Reorder checks, update your personal information and more.

There's no special software needed and your security is guaranteed.
Ask a branch associate to help you enroll today.
Or go to www.bankofamerica.com/homelink to view a demo and enroll now.

### Service For Your Account Relationship

We help you manage your accounts quickly and conveniently via the phone, online or at the ATM. Check up-to-the-minute balances, review recent account activity, transfer funds and more.

* **Telephone Banking:** Call 1-800-841-4000 and use your account number and Telephone Banking Access Code to get information on a specific account. Or, use your Card number and PIN to access all of your linked accounts or to transfer funds.
* **Bank of America HomeLink (sm) online banking:** Visit bankofamerica.com/homelink and log on with your Card number and PIN.
* **ATMs:** Use your Card and PIN at our extensive ATM network.

If you have detailed questions about your account, or want to learn more about our products and services, call us at 1-800-841-4000 (TDD: 1-800-637-4031).

029775988  D0089101977          6          156          BC
1 - 2



## FleetOne Classic Statement
11/18/2004 through 12/16/2004
Page   1 of   2
Telephone Banking 1-800-841-4000

# Your Financial Summary

| Deposit Accounts | | Average Daily Balance | Current Balance |
|---|---|---|---|
| Personal Regular Checking | 0089101977 | $546.00 | $768.58 |
| Average/Total Deposits | | **$546.00** | **$768.58** |

| Total Deposits | $768.58 |
|---|---|

## Personal Regular Checking

Rosemary A McCrevan

Account Number 0089101977
Telephone Banking Access Code 5620

| Opening Balance | (+)Deposits/Credits | (-)Withdrawals/Debits | Ending Balance |
|---|---|---|---|
| $244.15 | $1,281.00 | $756.57 | $768.58 |

### Checks

| Check # | Posting Date | Amount | Check # | Posting Date | Amount | Check # | Posting Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3157 | 11/23 | 50.00 | 3163 | 12/09 | 289.90 | | 6 Checks For | $747.07 |
| 3161* | 11/18 | 102.18 | 3164 | 12/14 | 52.40 | | | |
| 3162 | 12/06 | 217.59 | 3165 | 12/13 | 35.00 | | | |

*Skip in sequential check numbers

### Deposits/Credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/03 | US Treasury 303  Soc Sec | 020043353279555 | Ppd | $1,281.00 |
| **Total Deposits/Credits** | | | | **$1,281.00** |

### ATM/Electronic Withdrawals and Transfers

| Date | Description | Amount |
|---|---|---|
| 12/16 | Account Activity Fees | $9.50 |
| **Total ATM/Electronic Debits** | | **$9.50** |

### Account Activity Fees Summary - Itemized

| Posting Date | Description | Amount |
|---|---|---|
| 12/16 | Debit Transaction Fee  6 @ $0.25 | $1.50 |
| 12/16 | Monthly Fee | $8.00 |
| **Total** | | **$9.50** |

029775988
2 - 2