Rosemary A. McCrevan
17 Delorey Drive
Randolph, MA 02368
781-986-1756

December 29, 2004

Judge Mark L. Wolf
United States District Court
1 Courthouse Way, Suite 2300
Office of the Clerk
Boston, MA 02210

Re:   McCrevan v Genuity, Inc. et al
      Case No. 1:04-cv-11276
      Civil Action No. 04-11276-MLW
      Order on Application To Proceed Without Prepayment of Fees

Dear Judge Wolf:

Thank you very much for granting my application to proceed without payment of fees. As a recipient of monthly Social Security Disability Insurance (SSDI) income payments, this decision has great impact on my financial status. Your consideration and decision have been greatly appreciated. Thank you.

Best Regards,

*Rosemary A. McCrevan*
Rosemary A. McCrevan