Rosemary A. McCrevan
17 Delorey Drive
Randolph, MA 02368
781-986-1756

January 4, 2005

Judge Mark L. Wolf
United States District Court
One Courthouse Way, Suite 2300
Office of the Clerk
Boston, MA 02210

Re: McCrevan v. Genuity et al
    Case No. 1:04-cv-11276
    Civil Action No. 04-11276-MLW
    Request for Order on Application for Extension
    of 1/5/05 for Filing of Suit

Dear Judge Wolf:

As you can see, I have provided some materials as requested. I prepared the enclosed by myself with no legal support

—1—

I did not complete the full filing as requested because:

(1) It took me longer than usual to prepare the materials by myself.

(2) During the month of December I have been very sick — despite already having a flu shot. I will be happy to request a Doctor's note if required.

(3) I misunderstood the full extent of what was expected by 1/5/05. I contacted Ms. Barbara Morse. She explained that Ms. Genesse was out yesterday.

Will you kindly consider granting me an extension. I have a lot of materials already prepared for the MCAD/EEOC which I can transfer to your Court's required forms and formats. Thank you for your consideration. I will be continuing the

-2-

completion of the required forms.

Thank you, and under Penalties of Perjury.

Best Regards,
Rosemary A. McCrevan

- 3 -