UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSEMARY ANN McCREVAN,          )
            Plaintiff,          )
                                )
        v.                      )    C.A. No. 04-11276-MLW
                                )
GENUITY, INC.,                  )
            Defendants.         )

MEMORANDUM AND ORDER

By Orders dated December 1, 2004, plaintiff's fee-waiver application was granted and plaintiff's motion for counsel was denied without prejudice.  At that time, I directed plaintiff Rosemary Ann McCrevan to file a civil complaint within thirty-five (35) days of the date of this Memorandum and Order, or this action would be subject to dismissal without prejudice.

Now before the Court are plaintiff's (1) request for extension of time and (2) motion for appointment of counsel.  See Docket Nos. 5, 7.  The Court allows plaintiff's request for an extension of time to file a civil complaint.  The Court denies plaintiff's motion for appointment of counsel without prejudice to renewal after plaintiff files, and the Court reviews pursuant to 28 U.S.C. § 1915(e), a civil complaint.

ORDER

 Based upon the foregoing, it is hereby

ORDERED, that plaintiff's motion for the appointment of counsel (Docket No. 5) is DENIED without prejudice; and it is further

ORDERED, that plaintiff's request for an extension of time to file a civil complaint (Docket No. 7) is GRANTED.  The

plaintiff shall file a civil complaint within thirty-five (35) days of the date of this Memorandum and Order, and no further extensions will be permitted.  The Clerk shall send plaintiff with this order a copy of "Step by Step: A Simple Guide to Filing a Civil Action."

SO ORDERED.

Dated at Boston, Massachusetts, this <u>30th</u> day of <u>June</u>, 2005.


                              <u>/s/ Mark L. Wolf</u>
                              MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE