UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSEMARY ANN McCREVAN          )
    Plaintiff,              )
                            )
    v.                      )    C.A. No. 04-11276-MLW
                            )
GENUITY, INC.,                 )
    Defendant.              )

ORDER

WOLF, D.J.                                    August 26, 2005

On June 30, 2005, the court granted Rosemary Ann McCrevan's motion for extension of time to file a civil complaint and ordered that she file that complaint within thirty-five (35) days of the date the Order issued. That deadline has passed, and no civil complaint has been filed. The case is therefore hereby DISMISSED.

                                     /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE